UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DUNCAN, an individual; <br> SHANNON REYNOLDS, an individual; <br> CHRISTOPHER WATROUS, an individual; <br> STEVE MORLEY, an individual; <br> ROZE TRONSEN, an individual; <br> OYUKI MARTINEZ-DITMORE, an individual; <br> JOELYN SUMMERS, an individual; <br> MATT SABATINO, an individual; <br> LINDA MAIGA, an individual; <br> ASHLEY SANCHEZ, an individual; <br> GEORGE RODRIGUEZ, an individual; <br> JOSEPH THOMAS JOHNSON, an individual; and <br> PAMELA MORGAN, an individual, <br><br> Defendants. | Civil Action No. 17-cv-246 <br><br> PLAINTIFF'S CORPORATE DISCLOSURE |

Plaintiff answers Federal Rules of Civil Procedure 7.1 and LCR 7.1 questions as follows:

**(1)  Does the Plaintiff have a parent corporation or any publicly held corporation owning more than 10% of its stock?**

Yes: A&T IP, Inc.

**(2)  Any member or owner in a joint venture or limited liability corporation (LLC)?**

No.

**(3)  Any partners in a partnership or limited liability partnership (LLP)**

No

CORPORATE DISCLOSURE - 1
Civil Action No. 17-cv-246
INIP-6-0061P12 CDS02

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**(4)** **Any corporate member, if the party is any other unincorporated association, or stating that there is no such corporate member**

No

RESPECTFULLY SUBMITTED this 17th day of February, 2017.

<u>s/David A. Lowe, WSBA No. 24,453</u>
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

Attorneys for Plaintiff

CORPORATE DISCLOSURE - 2
Civil Action No. 17-cv-246
INIP-6-0061P12 CDS02

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301